STATE OF MAINE                                    SUPERIOR COURT
CUMBERLAND, ss.                                   CRIMINAL ACTION
                                                  CUMCD-CR-11-1426



STATE OF MAINE,                        2011 JUN 17 A 10: 29

    v.                                            ORDER

CORY E. BRONIANCZYK,

        Defendant.


## FACTS

1. On December 23, 2010 Brunswick Police Department Officer Patrick Scott was investigating a report of ongoing vandalism involving, among other things, the knocking over of mailboxes by four young persons in a white Subaru.

2. At the scene Officer Scott observed one mailbox knocked over. He also observed footprints. Officer Scott's Sergeant told him that he had observed a white Subaru in a ditch.

3. Officer Scott and his Sergeant followed the footprints through the snow to a garage type building.

4. The owner of the building told Officer Scott that only he and his wife were at home. He gave the police permission to search the garage.

5. Officer Scott saw a young person kneeling in the garage and then saw three others.

6. All four suspects were put in handcuffs. Defendant Corey Bronianczyk was one of the suspects. The white Subaru was registered to him. The police soon learned that the garage owner's son had given the handcuffed young persons permission to use the garage. The owner refused to press charges.

7. Although Mr. Bronianczyk was no longer a suspect for trespass, Officer Scott wanted to question him about the mailbox and the Subaru in the ditch.

8. Officer Scott placed Mr. Bronianczyk in his vehicle and left him with his hands handcuffed behind his back. Officer Scott did not Miranda Mr. Bronianczyk.

9. Officer Scott then asked pointed questions. He asked the defendant if he was driving the vehicle and whether he had hit the mailbox.

10. Officer Scott used the answers to those questions to charge Mr. Bronianczyk with Operating Under the Influence, Leaving the Scene of an Accident, and Criminal Mischief.

## DISCUSSION

The State has attempted to argue that officer safety and a need to find out potential danger justified the interrogation. The problem is that by the time the young men had been cleared of the trespass, officer safety was no longer an issue. By having Mr. Bronianczyk with his hands cuffed behind him in the police car, Officer Scott created a classic custodial situation. Officer Scott then proceeded to ask pointed questions designed to elicit evidence of a crime. Such a situation requires a Miranda warning.

The entry, by reference, will be:

Defendant's motion to suppress is granted from the time he was placed in the police car and interrogated. Because defendant has not argued that his statements were involuntary, his statements are suppressed only in the State's case-in-chief. If defendant testifies, they may be used to impeach him.

DATED: June 17, 2011

_W. S. Brodrick_
William S. Brodrick
Justice, Superior Court, Active Retired

2

STATE OF MAINE
  vs
CORY  BRONIARCZYK
833 GARVIN ROAD
ACTON ME 04001

Docket No    CUMCD-CR-2011-01426

**DOCKET RECORD**

DOB: 10/25/1987
Attorney:     JOSHUA KLEIN-GOLDEN       State's Attorney:    MICHAEL MADIGAN
            CLIFFORD & GOLDEN PA
            5 MAPLE STREET
            PO BOX 368
            LISBON FALLS ME 04252
            PARTIALLY INDIGENT 03/15/2011

**Charge(s)**

| | | | | | |
|---|---|---|---|---|---|
| 1 | OPERATING UNDER THE INFLUENCE | | | 12/23/2010 | BRUNSWICK |
| Seq 11493 | 29-A  2411(1-A)(A) | Class D | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | FAIL TO STOP, REMAIN, RENDER AID, PERSONAL INJURY | | | 12/23/2010 | BRUNSWICK |
| Seq 10959 | 29-A  2252(4) | Class D | | | |

| | | | | | |
|---|---|---|---|---|---|
| 3 | CRIMINAL MISCHIEF | | | 12/23/2010 | BRUNSWICK |
| Seq 4959 | 17-A  806(1)(A) | Class D | | | |

**Docket Events:**

03/08/2011 Charge(s):  1,2,3
          TRANSFER -  PERMANENT TRANSFER EDI ON 03/08/2011 @ 18:00

          TRANSFERRED CASE: SENDING COURT CASEID WESDCCR201001532
          FILING DOCUMENT -  NON CASH BAIL BOND FILED ON 12/23/2010

          Charge(s):  1,2,3
          HEARING -  ARRAIGNMENT SCHEDULED FOR 03/08/2011 @ 8:30 in Room No.  1

          NOTICE TO PARTIES/COUNSEL
          Charge(s):  1,2,3
          HEARING -  ARRAIGNMENT HELD ON 03/08/2011
          CHARLES  DOW , JUDGE
          Defendant Present in Court
          DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS
          BAIL BOND - $1,000.00 UNSECURED BAIL BOND FILED ON 12/23/2010

          Bail Amt:  $1,000
          Date Bailed:   12/23/2010
          BAIL BOND -  UNSECURED BAIL BOND TRANSFERRED ON 03/08/2011

          Date Bailed:   12/23/2010
          Charge(s):  1,2,3
          SUPPLEMENTAL FILING -  COMPLAINT FILED ON 02/01/2011

          MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 03/08/2011

          MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 03/08/2011
          CHARLES  DOW , JUDGE
          COPY TO PARTIES/COUNSEL            PARTIALLY INDIGENT AND IS TO PAY 50.00 PER MONTH
          UP TO 750.00 BEGINNING 4/8/2011
          Charge(s):  1,2,3

PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 03/08/2011

Charge(s): 1,2,3
TRANSFER - PERMANENT TRANSFER GRANTED ON 03/08/2011

CUMCD
Charge(s): 1,2,3
FINDING - PERMANENT TRANSFER TRANSFERRED ON 03/08/2011

CUMCD
03/15/2011 Charge(s): 1,2,3
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 03/11/2011
TERESA SAWYER-BLACK , ASSISTANT CLERK
WESDC CR-10-1532
03/15/2011 Party(s): CORY BRONIARCZYK
ATTORNEY - PARTIALLY INDIGENT ORDERED ON 03/15/2011

Attorney: JOSHUA KLEIN-GOLDEN
03/15/2011 HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 06/09/2011 @ 10:30 in Room No. 7

03/15/2011 HEARING - DISPOSITIONAL CONFERENCE NOTICE SENT ON 05/20/2011

03/15/2011 Charge(s): 1,2,3
TRIAL - JURY TRIAL SCHEDULED FOR 06/27/2011 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
03/15/2011 AUDIT - AUDIT REPORT CHART_OF_ACCOUNT EDI ON 03/15/2011 @ 10:37

RV APPR ABRV:GF; OLD OVERRIDE CODE:NONE; NEW OVERRIDE CODE:NONE; OLD AMT OVERRIDE:0; NEW AMT OVERRIDE:0; USER ID:4752
04/25/2011 AUDIT - AUDIT REPORT CHART_OF_ACCOUNT EDI ON 04/25/2011 @ 14:00

RV APPR ABRV:GF; OLD OVERRIDE CODE:NONE; NEW OVERRIDE CODE:NONE; OLD AMT OVERRIDE:0; NEW AMT OVERRIDE:0; USER ID:4715
06/10/2011 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 06/09/2011

06/10/2011 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 06/14/2011 @ 1:00 in Room No. 8

NOTICE TO PARTIES/COUNSEL
06/10/2011 HEARING - DISPOSITIONAL CONFERENCE HELD ON 06/10/2011
MARY KELLY , JUDGE
Attorney: JOSHUA KLEIN-GOLDEN
DA: MICHAEL MADIGAN
MOTION TO SUPPRESS TO BE FILED AND HEARD 6-14
06/14/2011 HEARING - MOTION TO SUPPRESS HELD ON 06/14/2011
WILLIAM BRODRICK , JUSTICE
DA: MICHAEL MADIGAN
Defendant Present in Court
TP 2918#1584-2268
06/14/2011 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 06/14/2011
WILLIAM BRODRICK , JUSTICE
06/17/2011 MOTION - MOTION TO SUPPRESS GRANTED ON 06/17/2011

WILLIAM BRODRICK , JUSTICE
COPY TO PARTIES/COUNSEL                                                   SEE ODER
06/17/2011  ORDER - COURT ORDER ENTERED ON 06/17/2011

WILLIAM BRODRICK , JUSTICE
DEFENDANT'S MOTION TO SUPPRESS IS GRANTED FROM THE TIME HE WAS PLACED IN THE POLICE CAR AND
INTERROGATED. BECAUSE DEFENDANT HAS NOT ARGUED THAT HIS STATEMENTS WERE INVOULUNTARY, HIS
STATEMENTS ARE SUPPRESSED ONLY IN THE STATES CASE IN-CHIEF. IF DEFENDANT TESTIFIES, THEY MAY BE
USED TO IMPEACH HIM.

**Receipts**

| 04/25/2011 | Attorney Payment | $50.00 | CK | paid. |
| 05/18/2011 | Attorney Payment | $100.00 | CK | paid. |

A TRUE COPY
ATTEST: _____
            Clerk